UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION

No. 7:10-CR-30-F1

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | ORDER |
| | ) | |
| MIGUEL BRACAMONTES, | ) | |
| Defendant. | ) | |

This matter is before the court on the Defendant's pro se letter motion [DE-302] requesting reconsideration of the court's order denying § 3582(c) crack retroactivity relief. A district court may not entertain a motion to reconsider a prior ruling denying § 3582(c) relief. *See United States v. Mann*, 435 F. App'x 254, 255-56 (4th Cir. 2011), *United States v. Goodwyn*, 596 F.3d 233, 236 (4th Cir. 2010). Accordingly, the motion is DENIED.

SO ORDERED.

This the **3rd** day of June, 2014.

*James C. Fox*
JAMES C. FOX
Senior United States District Judge