IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION

No. 7:10-CR-00030-F-1

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | ORDER |
| | ) | |
| MIGUEL BRACAMONTES, | ) | |
| Defendant. | ) | |

This matter is before the court on Miguel Bracamontes's Motion in Support of Amendment 782 Reduction Under 18 U.S.C. § 3582(c)(2) [DE-333]. The court construes this as a motion to reconsider its order [DE-331] dated January 19, 2016, which denied Bracamontes's motion for sentence reduction pursuant to 18 U.S.C. § 3582(c)(2). The court explained its decision with the following explanation: "The amount of methamphetamine involved is 45 kilograms or greater. *Id.* at 1. This remains the basis for denial of the motion. Accordingly, Bracamontes's Motion in Support of Amendment 782 Reduction Under 18 U.S.C. § 3582(c)(2) [DE-333] is DENIED.

SO ORDERED.

This, the 26 day of January, 2016.

JAMES C. FOX
Senior United States District Judge